# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KAREEM MILLHOUSE, : | |
| Petitioner, : | |
| : | CIVIL ACTION NO. 1:18-CV-2444 |
| v. : | |
| : | Judge Sylvia H. Rambo |
| DAVID J. EBBERT, : | |
| Respondent. : | |

## ORDER

**AND NOW**, this 26th day of March 2019, upon consideration of Petitioner Kareem Millhouse's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1), and for the reasons set forth in in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The Petition for Writ of Habeas Corpus (Doc. No. 1), is **DISMISSED**; and

2. The Clerk of Court is directed to **CLOSE** this matter.

                                                s/Sylvia H. Rambo
                                                SYLVIA H. RAMBO
                                                United States District Judge